IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **MARTIN AKUSOBA, et al,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**PRIME HEALTHCARE SERVICES, INC., et al.,**<br><br>    Defendants. | Case No. 2:25-cv-01515<br><br>Judge James Graham |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR PLEAD

Pursuant to Local Rule 6.1(a), the Parties stipulate that Defendants Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc., Prime Healthcare Foundation-Coshocton LLC d/b/a/ Coshocton Regional Medical Center, and Prem Reddy may extend by twenty-one days, to January 26, 2026, the deadline by which to answer or otherwise plead in response to Plaintiffs' Complaint. No prior extensions have been requested.

Respectfully submitted

| | |
|---|---|
| /s/ Bob DeRose (by consent) | /s/ Alex R. Frondorf |
| Bob DeRose (0055214) | Alex R. Frondorf (0087071) |
| Barkan Meizlish DeRose Cox, LLP | Katherine J. Mills (102569) |
| 4200 Regent Street, Suite 210 | Littler Mendelson, PC |
| Columbus, OH 43219 | Key Tower, 127 Public Square, Suite 1600 |
| (P) 614-221-4221 | Cleveland, OH 44114 |
| (F) 614-744-2300 | (P) 216-696-7600 |
| bderose@barkanmeizlish.com | (F) 216-696-2038 |
| | afrondorf@littler.com |
| | kamills@littler.com |
| *Counsel for Plaintiffs* | |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation for Extension of Time to Answer, Move, or Plead* was filed via the Court's electronic filing system. Notice of this filing will be performed by the Court's electronic filing system. Parties may access the document through the Court's system.

*/s/ Alex R. Frondorf*
Alex R. Frondorf
