**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

|  |  |
|---|---|
| **MARTIN AKUSOBA, et al,** | |
| Plaintiffs, | Case No. 2:25-cv-01515 |
| v. | Judge James Graham |
| **PRIME HEALTHCARE SERVICES, INC., et al.,** | |
| Defendants. | |

**JOINT MOTION FOR EXTENSION OF TIME**
**FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT,**
**AND TO CONTINUE THE PRETRIAL CONFERENCE AND ASSOCIATED DATES**

Plaintiffs Martin Akusoba, et. al. ("Plaintiffs") and Defendants Prime Healthcare Services, Inc., Prime Healthcare Foundation, Inc., Prime Healthcare Foundation-Coshocton LLC d/b/a/ Coshocton Regional Medical Center, and Dr. Prem Reddy ("Defendants") (collectively the "Parties"), hereby respectfully and jointly request an extension of time for Defendants to Respond to Plaintiffs' Complaint, and to continue the Pretrial Conference until after Defendants file their responsive pleading to Plaintiffs' to-be-filed Amended Complaint. As grounds for granting this Joint Motion[1], the Parties state the following:

1. Defendants' deadline to answer or otherwise plead in response to Plaintiffs' Complaint is January 26, 2026.

2. Plaintiffs' counsel informed Defendants' counsel that they intend to file an Amended Complaint on or before January 30, 2026.

---

[1] The Parties intended to file this Motion in place of the 26(f) Report. However, due to a widespread Microsoft Outlook outage that prohibited the Parties from meaningfully exchanging drafts of the filing, the Parties were unable to finalize the Motion until today.

3. To avoid the unnecessary filing of a responsive pleading to Plaintiffs' Complaint when they intend to amend the Complaint within five-days of Defendants' responsive pleading deadline, the Parties jointly request extending Defendants' responsive pleading deadline to 14-days after Plaintiffs file their Amended Complaint, pursuant to Federal Rule of Civil Procedure 15.

4. As, pursuant to Federal Rule of Civil Procedure 15, Defendants will have 14 days to answer or otherwise plead in response to Plaintiffs' to-be-filed Amended Complaint, such responsive pleading will be after the presently scheduled January 29, 2026 Pretrial Conference.

5. The Parties agree that, for efficiency and conserving judicial resources, that the Pretrial Conference should be rescheduled after Defendants' file their initial response to Plaintiffs' to-be-filed Amended Complaint.

6. The Parties will not be prejudiced by vacating the Pretrial Conference and not requiring a responsive pleading to Plaintiffs' Complaint on January 26, 2026 when an Amended Complaint will be filed by Plaintiffs on or before January 30, 2026, and the purpose of the request is to not unduly delay the proceedings. The purpose of the request is to conserve the Court's time and resources by setting a Pretrial Conference following the filing of Defendants' initial response to the Amended Complaint.

WHEREFORE, the Parties respectfully request the Court vacate Defendants' responsive pleading deadline to Plaintiffs' currently-filed Complaint, and vacate the currently scheduled Pretrial Conference and all associated deadlines until after Defendants' initial response to Plaintiffs' first amended complaint is filed.

Respectfully submitted

/s/ Bob DeRose (email consent)
Bob DeRose (0055214)
Barkan Meizlish DeRose Cox, LLP
4200 Regent Street, Suite 210
Columbus, OH 43219
(P) 614-221-4221
(F) 614-744-2300
bderose@barkanmeizlish.com

*Counsel for Plaintiffs*

/s/ Alex R. Frondorf
Alex R. Frondorf (0087071)
Katherine J. Mills (102569)
Littler Mendelson, PC
Key Tower, 127 Public Square, Suite 1600
Cleveland, OH 44114
(P) 216-696-7600
(F) 216-696-2038
afrondorf@littler.com
kamills@littler.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Motion to Vacate Pretrial Conference and Associated Deadlines* was filed via the Court's electronic filing system. Notice of this filing will be performed by the Court's electronic filing system. Parties may access the document through the Court's system.

/s/ Alex R. Frondorf
Alex R. Frondorf

4920-1713-6522 / 096475.1195