# EXHIBIT 3

| Name | Degree | Corporation Name (Empoyment Contract) | Rate/Hr | Sept hours | Sept owed | Oct hours | Oct owed | Tail | Unreimbursed Expenses and Stipends | Total Unpaid Wages | Liquidated Damages Rate | Liquidated Damages | Total Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Akusoba, Martin | MD | HLES of Ohio, Inc. | 250 | 60 | $15,000.00 | 24 | $6,000.00 | $8,330.00 | | $29,330.00 | 6% | $1,759.80 | $31,089.80 |
| Hafid, Mistafa | DO | HLES of Ohio, Inc. | 250 | 24 | $6,000.00 | 0 | $0.00 | $4,812.29 | | $10,812.29 | 6% | $648.74 | $11,461.03 |
| Kessler, Richard | MD | HLES of Ohio, Inc. | 250 | 24 | $6,000.00 | 24 | $6,000.00 | $8,330.00 | | $20,330.00 | 6% | $1,219.80 | $21,549.80 |
| Pallaci, Michael | DO | HLES of Ohio, Inc. | 260 | 24 | $6,240.00 | 0 | $0.00 | $8,334.00 | | $14,574.00 | 6% | $874.44 | $15,448.44 |
| Pervaiz, Sajid | MD | HLES of Ohio, Inc. | 250 | 115 | $28,750.00 | 48 | $12,000.00 | $23,000.00 | | $63,750.00 | 6% | $3,825.00 | $67,575.00 |
| Rings, Sudhakar | MD | HLES of Ohio, Inc. | 260 | 96 | $24,960.00 | 48 | $12,480.00 | $8,333.00 | | $45,773.00 | 6% | $2,746.38 | $48,519.38 |
| Thomas, Cecil | DO | HLES of Ohio, Inc. | 260 | 48 | $12,480.00 | 0 | $0.00 | $8,333.00 | | $20,813.00 | 6% | $1,248.78 | $22,061.78 |
| Vaishnav, Pratik | MD | HLES of Ohio, Inc. | 280 | 96 | $26,880.00 | 60 | $16,800.00 | $16,357.11 | $7,260.00 | $67,297.11 | 6% | $4,037.83 | $71,334.94 |
| Wade, Erin | MD | HLES of Ohio, Inc. | 250 | 186 | $46,500.00 | 60 | $15,000.00 | $14,400.00 | | $75,900.00 | 6% | $4,554.00 | $80,454.00 |
| Yin, David | MD | HLES of Ohio, Inc. | 260 | 108 | $28,080.00 | 108 | $28,080.00 | $8,333.00 | $4,500.00 | $68,993.00 | 6% | $4,139.58 | $73,132.58 |
| **Totals** | | | | 781 | $200,890.00 | 372 | $96,360.00 | $108,562.40 | $11,760.00 | $417,572.40 | | $25,054.34 | $442,626.74 |