# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

MARTIN AKUSOBA,                      :
3377 Wheel Wright Drive              :
Galena, Ohio 43021                   :      CASE NO. 2:25-cv-1515
                                     :
MISTAFA HAFID,                       :
4174 McCune Avenue                   :      JUDGE: James Graham
Dublin, OH 43017                     :
                                     :
RICHARD KESSLER,                     :
1830 Columbia Road                   :
Westlake, Ohio 44145                 :
                                     :
MICHAEL PALLACI,                     :
8021 Chateau Lane                    :
Westerville, OH 43082                :
                                     :
SAJID PERVAIZ,                       :
7152 Pebblestone Avenue NW           :
Canton, OH 44720                     :
                                     :
SUDHAKAR RINGS,                      :
6560 Brodie Boulevard                :
Dublin, OH 43017                     :
                                     :
CECIL THOMAS,                        :
7975 Howell Drive                    :
Westerville, OH 43081                :
                                     :
PRATIK VAISHNAV,                     :
61783 Whispering Pines Drive         :
Cambridge, OH 43725                  :
                                     :
ERIN WADE,                           :
4784 Waynesburg Dr. SE               :
Canton OH 44707                      :
                                     :
AND                                  :
                                     :
DAVID YIN,                           :
175 Ashbourne Drive                  :
Westlake, Ohio 44145                 :
                                     :

1

|                        | :   |
|------------------------|-----|
| *Plaintiffs,*          | :   |
|                        | :   |
| v.                     | :   |
|                        | :   |
| PRIME HEALTHCARE SERVICES, INC.; | : |
| PRIME HEALTHCARE FOUNDATION INC.; | : |
| PRIME HEALTHCARE FOUNDATION – | : |
| COSHOCTON LLC d/b/a COSHOCTON REGIONAL | : |
| MEDICAL CENTER; | : |
|                        | :   |
| AND                    | :   |
|                        | :   |
| PREM REDDY             | :   |
|                        | :   |
| *Defendants.*          | :   |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)(2)

Plaintiffs, by and through their attorneys, and pursuant to Fed. R. Civ. Pr. 7.1(a)(2),

provide their associated states of domicile as set forth in the table below:

| Plaintiff | Individual, Corporation, etc. | State of Domicile |
|-----------|-------------------------------|-------------------|
| Martin Akusoba | Individual | Ohio |
| Mistafa Hafid | Individual | Ohio |
| Richard Kessler | Individual | Ohio |
| Michael Pallaci | Individual | Ohio |
| Sajid Pervaiz | Individual | Ohio |
| Sudhakar Rings | Individual | Ohio |
| Cecil Thomas | Individual | Ohio |
| Pratik Vaishnav | Individual | Ohio |
| Erin Wade | Individual | Ohio |
| David Yin | Individual | Ohio |

**Dated:** January 29, 2026

Respectfully submitted,

*/s/Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)
Nickole K. Iula (OH Bar No. 0099895)
Anna R. Caplan (OH Bar No. 0104562)
**BARKAN MEIZLISH DEROSE COX, LLP**

4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
Email: bderose@barkanmeizlish.com
niula@barkanmeizlish.com
acaplan@barkanmeizlish.com

Scott Goldshaw, Esquire
**GOLDSHAW GREENBLATT PIERCE LLC**
Two Penn Center, Suite 1230
1500 JFK Boulevard
Philadelphia, PA 19102
Phone: (215) 978 -9090
Facsimile: (215) 445-3629
Email: sgoldshaw@ggplawfirm.com
***Pro Hac Vice Forthcoming***

*Attorneys for Plaintiff*