**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN AKUSOBA, *et al.*, | : | Case No.: 2:25-cv-1515 |
| | : | |
| Plaintiffs, | : | Judge James Graham |
| | : | |
| v. | : | |
| | : | |
| PRIME HEALTHCARE SERVICES, | : | |
| INC., *ET AL.,* | : | |
| | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF WITHDRAWAL OF ADDITIONAL COUNSEL**

Pursuant to Local Rule 83.4(b) of the Local Rules for the United States District Court for the Southern District of Ohio, notice is hereby given of the withdrawal of Anna R. Doren as one of the counsel for Plaintiffs. Ms. Doren will be departing Barkan Meizlish DeRose Cox LLP and, accordingly, will no longer serve as counsel through that firm. Attorneys Robert E. DeRose of Barkan Meizlish DeRose Cox LLP and Scott Goldshaw of Goldshaw Greenblatt Pierce LLC will remain as counsel of record for Plaintiffs. This notice is signed and submitted by Anna R. Doren, withdrawing counsel, and is made with the knowledge and consent of the Named Plaintiffs in accordance with Local Rule 83.4(b).

Date: April 30, 2026

Respectfully submitted,
*/s/ Anna R. Doren*
Anna R. Doren (OH Bar No. 0104562)
Robert E. DeRose (OH Bar No. 0055214)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, OH 43219
Tel: 614-221-4221
Fax: 614-744-2300
Email: adoren@barkanmeizlish.com

bderose@barkanmeizlish.com

Scott Goldshaw, Esq. (Admitted *Pro Hac Vice*)
**Goldshaw Greenblatt Pierce LLC**
Two Penn Center, Suite 1230
1500 JFK Boulevard
Philadelphia, PA 19102
Phone: (215) 978-9090
Facsimile: (215) 445-3629
Email: sgoldshaw@ggplawfirm.com

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I certify that on April 30, 2026, the above document will be filed via CM/ECF, which will cause a copy to be served on all counsel of record.

*/s/ Anna R. Doren*
Anna R. Doren (Bar No. 0104562)