**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN AKUSOBA, *et al.* | : | |
| | : | Case No. 2:25-cv-1515 |
| | : | |
| Plaintiff, | : | |
| | : | Judge James Graham |
| v. | : | |
| | : | |
| PRIME HEALTHCARE SERVICES, INC, | : | |
| *et al.*, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF WITHDRAWAL OF ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to Local Rule 83.4(b) of the Local Rules for the United States District Court for the Southern District of Ohio, notice is hereby given of the withdrawal of Nickole K. Iula as one of the counsel for Plaintiffs. Ms. Iula will be departing Barkan Meizlish DeRose Cox LLP and, accordingly, will no longer serve as counsel through that firm. Attorney Robert E. DeRose of Barkan Meizlish DeRose Cox, LLP will remain as counsel of record for Plaintiffs. This notice is signed and submitted by Nickole K. Iula, withdrawing counsel, and is made with the knowledge and consent of the Named Plaintiffs in accordance with Local Rule 83.4(b).

Date: April 30, 2026

Respectfully submitted,

*/s/ Nickole K. Iula*
Nickole K. Iula (OH Bar No. 0099895)
Robert E. DeRose (OH Bar No. 0055214)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, OH 43219
Tel: 614-221-4221
Fax: 614-744-2300
Email: niula@barkanmeizlish.com
         bderose@barkanmeizlish.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Nickole K. Iula
Nickole K. Iula (OH Bar No. 0099895)