**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| MARTIN AKUSOBA, *et al.* : | |
| : | |
| *Plaintiffs,* : | CASE NO. 2:25-cv-1515 |
| : | |
| v. : | |
| : | JUDGE: James Graham |
| PRIME HEALTHCARE SERVICES, INC.; : | |
| PRIME HEALTHCARE FOUNDATION INC.; : | |
| PRIME HEALTHCARE FOUNDATION – : | |
| COSHOCTON LLC d/b/a COSHOCTON REGIONAL : | |
| MEDICAL CENTER; : | |
| : | |
| AND : | |
| : | |
| PREM REDDY : | |
| : | |
| *Defendants.* : | |

**REPLY BRIEF AND NOTICE OF WITHDRAWAL REGARDING**
**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs withdraw the pending motion for leave to file a second amended complaint. (Dkt. 20.) Defendants' motion to dismiss the Amended Complaint (Dkt. 13) has been fully briefed and is ripe for decision.

**Dated:** May 13, 2026

Respectfully submitted,

*/s/Robert E. DeRose*
Robert E. DeRose (OH Bar No. 0055214)
**BARKAN MEIZLISH DEROSE COX, LLP**
4200 Regent Street, Suite 210
Columbus, OH 43219
Phone: (614) 221-4221
Facsimile: (614) 744-2300
Email: bderose@barkanmeizlish.com

Scott Goldshaw, Esquire
**GOLDSHAW GREENBLATT PIERCE LLC**
Two Penn Center, Suite 1230

1500 JFK Boulevard
Philadelphia, PA 19102
Phone: (215) 978 -9090
Facsimile: (215) 445-3629
Email: sgoldshaw@ggplawfirm.com
***Pro Hac Vice Granted***

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I, Robert E. DeRose, hereby certify that a true and correct copy of the foregoing *Plaintiffs'*

*Reply Brief and Notice of Withdrawal Regarding Motion for Leave to File Second Amended*

*Complaint* was electronically filed with the Court on May 13, 2026, and is available for viewing

and downloading from the ECF system by all counsel of record.


*/s/ Robert E. DeRose*
Robert E. DeRose
*One of the Attorneys for Plaintiffs*